

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00310-CV

## IN RE AMOS JACKSON, SR.

_____

## Original Proceeding

---

## ORDER

---

Relator's Petition for Writ of Mandamus was filed on October 9, 2018. The mandamus was not served as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5; 52.2. The Court uses Rule 2 to dispense with this requirement and provides a copy of the petition to the respondent and the real party in interest. *Id*. 2.

The Court requests a response from the respondent and real party in interest. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 21 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Response requested
Order issued and filed October 17, 2018

